FIRST DISTRICT COURT OF APPEAL
No. 1D2024-2329

JAMIE LAIQUAN FRAZIER,

    Appellant,

    v.

STATE OF FLORIDA,

    Appellee.

_____


On appeal from the Circuit Court for Bay County.
Brantley S. Clark, Jr., Judge.

December 3, 2025


PER CURIAM.

In this *Anders** appeal, Appellant challenges his judgment and sentence, entered after the jury found him guilty of trafficking in fentanyl, because law enforcement officers initially used information relayed to them by a person not recorded or listed by the Bay County Sheriff's Office as a confidential informant. The evidence at trial showed that the person was not a "confidential informant" as defined by section 914.28(2)(b), Florida Statutes (2023). And even if the statute applied, section 914.28(8) provides, "any failure to abide by this section may not be relied upon to

_____

* *Anders v. California*, 386 U.S. 738 (1967).

create any additional right, substantive or procedural, enforceable at law by a defendant in a criminal proceeding."

Because our independent review of the record did not reveal any properly preserved meritorious point which might support reversal of the judgment or sentence, and no fundamental error occurred, the judgment and sentence are affirmed. *See Neal v. State*, 142 So. 3d 883, 887 (Fla. 1st DCA 2014); § 924.051(3), Fla. Stat.

BILBREY, KELSEY, and LONG, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Jessica J. Yeary, Public Defender, and Kasey Lacey, Assistant Public Defender, Tallahassee, for Appellant; Jamie Laiquan Frazier, pro se, Appellant.

James Uthmeier, Attorney General, Tallahassee, for Appellee.